**Dismissed and Memorandum Opinion filed August 8, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00465-CV

## NORMAN CRITTENDEN, Appellant

## V.

## JOSEPH FLORES AND MARGARET FLORES, Appellee

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1020693**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed February 6, 2013. A motion for new trial was filed March 4, 2013. Appellant's notice of appeal was filed May 28, 2013.

When appellant has filed a timely motion for new trial, the notice of appeal must be filed within ninety days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a). Appellant's notice of appeal was not filed timely. A motion for

extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the fifteen-day period provided by Rule 26.3

On July 9, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this Court has jurisdiction to entertain the appeal. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Christopher, and McCally.